# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT

## CHAMBERS OF JUDGE BETTY FLETCHER

January 10, 2007

| | |
|---|---|
| District Court/Agency: | USDC, District of Hawaii (Honolulu) |
| Lower Court # | CV 04-00574 DAE |
| 9th Circuit Appeal # | 05-15858 |
| Short title: | US v. 'Ilio'Ulaokalani Coalition |

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 1 2 2007
12:30p
DISTRICT OF HAWAII

Items returned:

- 4     Clerk's Files
- 2     Reporter Transcripts
-       Sealed Envelopes
-       Expando Files
-       Lodged Documents
-       Other:

NOTE: The following items are missing and a search has been placed. All missing items will be returned as soon as possible:

United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

**RECEIVED NOV 16 2005**
Office of the Clerk
U.S. COURT OF APPEALS
FOR THE NINTH CIRCUIT
Seattle Divisional Office

Date: November 14, 2005

To: United States Court of Appeals     Attn: (✓)  Civil
    For the Ninth Circuit
    Office of the Clerk                      ( )  Criminal
    95 Seventh Street
    San Francisco, California 94103          ( )  Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CV 04-00574DAE           Appeal No:   05-15858

Short Title:  USA v 'Ilio Ulaokalani Coalition

| | | |
|---|---|---|
| Clerk's Files in | 4 | volumes (✓) original ( ) certified copy |
| Bulky docs | 0 | volumes (folders) docket # |
| Reporter's Transcripts | 2 | volumes (✓) original ( ) certified copy |
| Exhibits | 0 | volumes ( ) under seal |
| | 0 | boxes ( ) under seal |

Other:
— certified copy of docket sheet

Acknowledgment: _____   Date: _____

cc:   all counsel of record