UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 2 2007

at 4 o'clock and 30 min. P M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>V.<br><br>1,402 ACRES OF LAND, 1,204 acres of land, more or less, situated in Honolulu County, State of Hawaii,<br><br>Defendant,<br><br>And<br><br>THE ESTATE OF JAMES CAMPBELL, et al,<br><br>Defendant - Appellee,<br><br>'ILIO' ULAOKALANI COALITION; et al.,<br><br>Defendant-Intervenors - Appellants. | No. 05-15858<br>D.C. No. CV-04-00574-DAE<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 10/05/06

> A TRUE COPY
> CATHY A. CATTERSON
> Clerk of Court
> ATTEST
>
> JAN 0 4 2007
>
> by: Ruben Talavera
> Deputy Clerk